# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 05, 2025

Ryan C. Hale
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

RE:  25-2529  Express Scripts, Inc., et al v. Rodney Richmond, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note the docketing fee is pending. Please pay the $605 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CMH

Enclosure(s)

cc: Linda M. Blair
    Jordan Broyles
    Bart W. Calhoun
    Clerk, U.S. District Court, Eastern District of Arkansas
    John Carter Fairley
    Valarie Flora
    Ben C. Hall
    Allyson Newton Ho
    Michael B. Kimberly
    Kevin Matthew Lamb
    Judson O. Littleton
    Lauren McCauley
    Joseph M. Meyer
    Jennifer Milici
    David Stockley Mitchell Jr.
    Tyler D. Mlakar
    Amanda Gale Orcutt
    Scott Paris Richardson
    Matthew S. Rozen
    Peter Shults
    Geoffrey Manson Sigler
    Asher Steinberg
    Clare F. Steinberg
    Mark Christian Talley
    Daniel Stephen Volchok
    Jeffrey B. Wall
    Brittany Dawn Webb

District Court/Agency Case Number(s): 4:25-cv-00520-BSM
4:25-cv-00524-BSM
4:25-cv-00561-BSM
4:25-cv-00598-BSM

**Caption For Case Number:   25-2529**

Express Scripts, Inc.; Express Scripts Pharmacy, Inc.; ESI Mail Pharmacy Service, Inc.; Accredo Health Group, Inc.; Lynnfield Drug, Inc., doing business as Freedom Fertility Pharmacy; Lynnfield Compounding Center, Inc., doing business as Freedom FP Fertility Pharmacy; Village Fertility Pharmacy; CVS Pharmacy, Inc.; Caremark Rx, LLC; Arkansas CVS Pharmacy; CP Acquisition, LLC; Advanced Care Scripts, Inc.; AMC-Tennessee, LLC; Caremark Arizona Mail Pharmacy, LLC; Caremark Arizona Specialty Pharmacy, LLC; Caremark Florida Mail Pharmacy, LLC; Caremark Florida Specialty Pharmacy, LLC; Caremark Illinois Specialty Pharmacy, LLC; Caremark Kansas Specialty Pharmacy, LLC; Caremark Massachusetts Specialty Pharmacy, LLC; Caremark Michigan Specialty Pharmacy, LLC; Caremark New Jersey Specialty Pharmacy, LLC; Caremark North Carolina Specialty Pharmacy, LLC; Caremark Tennessee Specialty Pharmacy, LLC; Caremark Texas Mail Pharmacy, LLC; Caremark, LLC; CaremarkPCS Pennsylvania Mail Pharmacy, LLC; Central Rx Services, LLC; Coram Alternate Site Services, Inc.; CVS Caremark Advanced Technology Pharmacy, LLC; CVS RX Services, Inc.; Express Pharmacy Services of PA, LLC; Holiday CVS, LLC; I.G.G. of America, LLC; JHC Acquisition, LLC; NCS Healthcare of Kentucky, LLC; Pharmacy Consultants, LLC; ProCare Pharmacy Direct, LLC; ProCare Pharmacy, LLC; SilverScript Insurance Company; Coventry Health and Life Insurance Company; Coventry Health Care of Kansas, Inc.; Coventry Health Care of Missouri, Inc.; Pharmaceutical Care Management Association; Navitus Health Solutions; Optum, Inc.; OptumRx, Inc.; divvyMED, LLC; Genoa Healthcare, LLC; Optum Frontier Therapies, LLC; Optum Frontier Therapies II, LLC; Optum Infusion Services 305, LLC; Optum Infusion Services 550, LLC; Optum Infusion Services 553, LLC; Optum Pharmacy 700, LLC; Optum Pharmacy 701, LLC; Optum Pharmacy 702, LLC; Optum Pharmacy 704, Inc., originally named as Optum Pharmacy 704 LLC; Optum Pharmacy 705, LLC; Optum Pharmacy 801, Inc., originally named as Optum Pharmacy 801 LLC

        Plaintiffs - Appellees

v.

Rodney Richmond, in their official capacities as board members of the Arkansas State Board of Pharmacy; Brian Jolly, in their official capacities as board members of the Arkansas State Board of Pharmacy; Debbie Mack, in their official capacities as board members of the Arkansas State Board of Pharmacy; Lenora Newsome, in their official capacities as board members of the Arkansas State Board of Pharmacy; Clint Boone, in their official capacities as board members of the Arkansas State Board of Pharmacy; Lyn Fruchey, in their official capacities as board members of the Arkansas State Board of Pharmacy; Harold H. Simpson, II, in their official capacities as board members of the Arkansas State Board of Pharmacy; Beth Ann Davenport, in their official capacities as board members of the Arkansas State Board of Pharmacy; John C. Kirtley, in his official capacity as executive director of the Arkansas State Board of Pharmacy; Arkansas State Board of Pharmacy

        Defendants - Appellants

**Addresses For Case Participants:   25-2529**

Ryan C. Hale
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Linda M. Blair
WINSTON & STRAWN
1901 L Street, N.W.
Washington, DC  20036

Jordan Broyles
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Bart W. Calhoun
MCDANIEL & WOLFF
1307 W. Fourth Street
Little Rock, AR  72201

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

John Carter Fairley
BARBER LAW FIRM
Suite 1600
One Allied Drive
Little Rock, AR  72202

Valarie Flora
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
Room C-118
500 W. Capitol Avenue
Little Rock, AR  72201

Ben C. Hall
BARBER LAW FIRM
Suite 1600
One Allied Drive
Little Rock, AR  72202

Allyson Newton Ho
GIBSON & DUNN
Suite 2100
2001 Ross Avenue
Dallas, TX  75201-2923

Michael B. Kimberly
WINSTON & STRAWN
1901 L Street, N.W.
Washington, DC 20036

Kevin Matthew Lamb
WILMER & CUTLER
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

Judson O. Littleton
SULLIVAN & CROMWELL
Suite 700
1700 New York Avenue, N.W.
Washington, DC 20006

Lauren McCauley
MCDANIEL & WOLFF
1307 W. Fourth Street
Little Rock, AR 72201

Joseph M. Meyer
WILMER & CUTLER
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

Jennifer Milici
WILMER & CUTLER
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

David Stockley Mitchell Jr.
ROSE LAW FIRM
120 E. Fourth Street
Little Rock, AR 72201-2893

Tyler D. Mlakar
ROSE LAW FIRM
120 E. Fourth Street
Little Rock, AR 72201-2893

Amanda Gale Orcutt
SHULTS LAW FIRM LLP
Suite 1600
200 W. Capitol Avenue
Little Rock, AR 72201

Scott Paris Richardson
MCDANIEL & WOLFF
1307 W. Fourth Street
Little Rock, AR 72201

Matthew S. Rozen
GIBSON & DUNN
Suite 700
1700 M Street, N.W.
Washington, DC 20036-4504

Peter Shults
SHULTS LAW FIRM LLP
Suite 1600
200 W. Capitol Avenue
Little Rock, AR 72201

Geoffrey Manson Sigler
GIBSON & DUNN
Suite 700
1700 M Street, N.W.
Washington, DC 20036-4504

Asher Steinberg
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR 72201-0000

Clare F. Steinberg
GIBSON & DUNN
Suite 700
1700 M Street, N.W.
Washington, DC 20036-4504

Mark Christian Talley
GIBSON & DUNN
Suite 700
1700 M Street, N.W.
Washington, DC 20036-4504

Daniel Stephen Volchok
WILMER & CUTLER
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

Jeffrey B. Wall
SULLIVAN & CROMWELL
Suite 700
1700 New York Avenue, N.W.
Washington, DC 20006

Brittany Dawn Webb
MCDANIEL & WOLFF
1307 W. Fourth Street
Little Rock, AR 72201