**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| Express Scripts, Inc., et al., Plaintiffs-Appellees, v. Rodney Richmond, et al., Defendants-Appellants. | Case No. 25-2529 |
| --- | --- |

**CORPORATE DISCLOSURE STATEMENT FOR**
**EXPRESS SCRIPTS, INC. APPELLEES**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Rule 26.1A, appellees Express Scripts, Inc.; Express Scripts Pharmacy, Inc.; ESI Mail Pharmacy Service, Inc.; Accredo Health Group, Inc.; Lynnfield Drug, Inc. d/b/a Freedom Fertility Pharmacy; Lynnfield Compounding Center, Inc. d/b/a Freedom FP Fertility Pharmacy; and Village Fertility Pharmacy, LLC provide the following disclosures:

Express Scripts, Inc. is a non-governmental corporate party that is a wholly owned subsidiary of Evernorth Health, Inc., which is a wholly owned subsidiary of The Cigna Group.

Express Scripts Pharmacy, Inc. is a non-governmental corporate party that is a wholly owned subsidiary of Medco Health Services, Inc., which is a wholly

owned subsidiary of Medco Health Solutions, Inc., which is a wholly owned subsidiary of Evernorth Health, Inc., which is a wholly owned subsidiary of The Cigna Group.

ESI Mail Pharmacy Service, Inc. and Express Scripts Specialty Distribution Services, Inc. are non-governmental corporate parties that are wholly owned subsidiaries of Express Scripts, Inc., which is a wholly owned subsidiary of Evernorth Health, Inc., which is a wholly owned subsidiary of The Cigna Group.

Accredo Health Group, Inc. is a non-governmental corporate party that is a wholly owned subsidiary of Accredo Health, Inc., which is a wholly owned subsidiary of Medco Health Solutions, Inc., which is a wholly owned subsidiary of Evernorth Health, Inc., which is a wholly owned subsidiary of The Cigna Group.

Lynnfield Drug, Inc. d/b/a Freedom Fertility Pharmacy and Lynnfield Compounding Center, Inc. d/b/a Freedom Fertility FP Pharmacy are non-governmental corporate parties that are wholly owned subsidiaries of Priority Healthcare Corporation, which is a wholly owned subsidiary of CuraScript, Inc., which is a wholly owned subsidiary of Express Scripts, Inc., which is a wholly owned subsidiary of Evernorth Health, Inc., which is a wholly owned subsidiary of The Cigna Group.

Village Fertility Pharmacy, LLC is a non-governmental corporate party that is a wholly owned subsidiary of ABD Group Inc., which is a wholly owned

subsidiary of Priority Healthcare Corporation, which is a wholly owned subsidiary of CuraScript, Inc., which is a wholly owned subsidiary of Express Scripts, Inc., which is a wholly owned subsidiary of Evernorth Health, Inc., which is a wholly owned subsidiary of The Cigna Group.

The Cigna Group is a publicly traded company that has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

No other publicly held corporation owns 10% or more of these parties' stock.

August 6, 2025

Respectfully submitted,

/s/ Daniel S. Volchok

Daniel S. Volchok
Jennifer Milici
Kevin M. Lamb
Joseph M. Meyer
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
(202) 663-6000
(202) 663-6363 (fax)
jennifer.milici@wilmerhale.com
daniel.volchok@wilmerhale.com
kevin.lamb@wilmerhale.com
joseph.meyer@wilmerhale.com

Scott P. Richardson
Bart W. Calhoun
Brittany Dawn Webb
Lauren E. McCauley
McDaniel Wolff PLLC
1307 West Fourth Street
Little Rock, AR 72201
(501) 954-8000
(866) 419-1601 (fax)
scott@mcdanielwolff.com
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
lmccauley@mcdanielwolff.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Daniel S. Volchok
Daniel S. Volchok