No. 25-2529

**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

EXPRESS SCRIPTS, INC., et al.
Plaintiffs-Appellees,

v.

RODNEY RICHMOND, in their official capacities as board members of the
Arkansas State Board of Pharmacy, et al.,
Defendants-Appellants

On Appeal from the United States District Court
for the Eastern District of Arkansas
Nos. 4:25-cv-00520, 4:25-cv-00524, 4:25-cv-00561, 4:25-cv-00598
(Hon. Brian S. Miller)

**Notice of Appendix-Preparation Method**

Pursuant to Federal Rule of Appellate Procedure 30(b) and Eighth Circuit Rule 30A(b), Defendants-Appellants state that the parties' counsel have conferred and agree to file a joint appendix in this appeal.

Respectfully Submitted,

TIM GRIFFIN
 Arkansas Attorney General

ASHER STEINBERG
 Senior Assistant Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY
 GENERAL
101 West Capitol Avenue
Little Rock, AR 72201
(501) 682-1051
asher.steinberg@arkansasag.gov

*Attorneys for Appellants*

## CERTIFICATE OF SERVICE

I certify that on August 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ *Asher Steinberg*
Asher Steinberg