No. 25-2529

## UNITED STATES COURT OF APPEALS
### FOR THE EIGHTH CIRCUIT

EXPRESS SCRIPTS, INC., et al.
Plaintiffs-Appellees,

v.

RODNEY RICHMOND, in their official capacities as board members of the
Arkansas State Board of Pharmacy, et al.,
Defendants-Appellants

On Appeal from the United States District Court
for the Eastern District of Arkansas
Nos. 4:25-cv-00520, 4:25-cv-00524, 4:25-cv-00561, 4:25-cv-00598
(Hon. Brian S. Miller)

## Designation of Record on Appeal

Pursuant to Federal Rule of Appellate Procedure 30(b)(1), Defendants-Appellants designate the entire district court record as the record on appeal.

Respectfully Submitted,

Tim Griffin
 Arkansas Attorney General

Asher Steinberg
 Senior Assistant Solicitor General
Office of the arkansas Attorney
 General
101 West Capitol Avenue
Little Rock, AR 72201
(501) 682-1051
asher.steinberg@arkansasag.gov

*Attorneys for Appellants*

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

*/s/ Asher Steinberg*
Asher Steinberg