No. 25-2529

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

EXPRESS SCRIPTS, INC., et al.
Plaintiffs-Appellees,

v.

RODNEY RICHMOND, in their official capacities as board members of the Arkansas State Board of Pharmacy, et al.,
Defendants-Appellants

On Appeal from the United States District Court
for the Eastern District of Arkansas
Nos. 4:25-cv-00520, 4:25-cv-00524, 4:25-cv-00561, 4:25-cv-00598
(Hon. Brian S. Miller)

**Defendants-Appellants' Unopposed Motion
For Extension of Time to File Opening Brief**

Defendants-Appellants respectfully request a 30-day extension of the time to file their opening brief. Plaintiffs-Appellees do not oppose this request. This is the first extension requested by Defendants-Appellants and is not sought for purposes of delay.

Defendants-Appellants' opening brief is currently due September 24, 2025. A 30-day extension is reasonable and necessary. Defendants-Appellants' counsel had primary responsibility for drafting multiple

briefs due in early September, including a reply brief due in this Court on September 5 (No. 25-1047), as well as preparing for a September 18 oral argument in this Court (No. 24-2914) that was recently postponed, and have only recently been able to turn to preparing the opening brief.

Therefore, Defendants-Appellants respectfully request that the Court grant this unopposed motion for a 30-day extension of the deadline for filing the opening brief.

Respectfully Submitted,

TIM GRIFFIN
 Arkansas Attorney General

ASHER STEINBERG
 Senior Assistant Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY
 GENERAL
101 West Capitol Avenue
Little Rock, AR 72201
(501) 682-1051
asher.steinberg@arkansasag.gov

*Attorneys for Appellants*

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 133 words, excluding the parts exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. P. 27(d)(1)(E), I also certify that this brief complies with the requirements of Fed. R. App. P. 32(a)(5)–(6) because it has been prepared in 14-point Century Schoolbook, using Microsoft Word.

I further certify that this PDF file was scanned for viruses, and no viruses were found on the file.

/s/ *Asher L. Steinberg*
Asher L. Steinberg

# CERTIFICATE OF SERVICE

I certify that on September 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ *Asher Steinberg*
Asher Steinberg
