UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Express Scripts, Inc., et al. vs. Rodney Richmond, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-2529 for the following party(s): (please specify)

> Arkansas State Board of Pharmacy, Rodney Richmond, Brian Jolly, Debbie Mack, Lenora Newsome, Clint Boone, Walter Lyn Fruchey, Harold H. Simpson, Beth Ann Davenport, and John Kirtley, all in their official capacities

[✓] Appellant(s) [ ] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Noah P. Watson   s/: Noah P. Watson

Firm Name: Office of the Arkansas Attorney General

Business Address: 101 West Capitol Avenue

City/State/Zip: Little Rock, Arkansas 72201

Telephone Number (Area Code): (501) 682-1019

Email Address: noah.watson@arkansasag.gov

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 10/13/25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: