No. 25-2529

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

EXPRESS SCRIPTS, INC. ET AL.,
*Plaintiffs-Appellees*,

v.

RODNEY RICHMOND ET AL.,
*Defendants-Appellants*.

Appeal from the United States District Court for the Eastern District of Arkansas,
Nos. 4:25-cv-00520, 4:25-cv-00524, 4:25-cv-00561, 4:25-cv-00598
(Miller, J.)

## PLAINTIFFS' UNOPPOSED MOTION FOR A FIRST EXTENSION OF TIME TO FILE RESPONSE BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b), plaintiffs request a 60-day extension of the deadline to file their response brief, to and including January 27, 2026. This is plaintiffs' first requested extension. Defendants do not oppose the requested extension.

The extension is warranted because plaintiffs, who filed separate briefs in the four consolidated actions below, plan to submit a single brief on appeal and therefore require time for coordination among their separate counsel. The extension is further warranted because plaintiffs' counsel will be traveling for the

Thanksgiving holiday in the days leading up to their current deadline of November 28 and have other filing deadlines and oral arguments in the coming weeks, including in this Court. A 60-day extension, moreover, would avoid defendants' reply period coinciding with the year-end holidays.

      Plaintiffs thus request that the deadline to file their brief be extended by 60 days, to and including January 27, 2026.

November 4, 2025                        Respectfully submitted,

                                      /s/ Daniel S. Volchok

| | |
|---|---|
| Scott P. Richardson | Daniel S. Volchok |
| Bart W. Calhoun | Jennifer Milici |
| Brittany Dawn Webb | Kevin M. Lamb |
| Lauren E. McCauley | Joseph M. Meyer |
| MCDANIEL WOLFF PLLC | WILMER CUTLER PICKERING |
| 1307 West Fourth Street |    HALE AND DORR LLP |
| Little Rock, AR 72201 | 2100 Pennsylvania Ave. NW |
| (501) 954-8000 | Washington, DC 20037 |
| scott@mcdanielwolff.com | (202) 663-6000 |
| bart@mcdanielwolff.com | jennifer.milici@wilmerhale.com |
| bwebb@mcdanielwolff.com | daniel.volchok@wilmerhale.com |
| lmccauley@mcdanielwolff.com | kevin.lamb@wilmerhale.com |
| | joseph.meyer@wilmerhale.com |

*Counsel for plaintiffs in E.D. Ark. case no. 4:25-cv-00520-BSM*

| | |
|---|---|
| J. Carter Fairley<br>Ben C. Hall<br>BARBER LAW FIRM PLLC<br>1 Allied Drive, Suite 1600<br>Little Rock, AR 72202<br>(501) 372-6175<br>cfairley@barberlawfirm.com<br>bhall@barberlawfirm.com | Jeffrey B. Wall<br>Judson O. Littleton<br>SULLIVAN & CROMWELL LLP<br>1700 New York Ave. NW<br>Washington, DC 20006<br>(202) 956-7500<br>wallj@sullcrom.com<br>littletonj@sullcrom.com |

*Counsel for plaintiffs in E.D. Ark. case no. 4:25-cv-00524-BSM*

| | |
|---|---|
| David S. Mitchell, Jr.<br>ROSE LAW FIRM<br>120 East Fourth Street<br>Little Rock, AR 72201<br>(501) 375-9131<br>dmitchell@roselawfirm.com<br><br>Tyler D. Mlakar<br>ROSE LAW FIRM<br>809 South 52nd Street, Suite A<br>Rogers, AR 72758<br>(479) 301-2444<br>tmlakar@roselawfirm.com | Michael B. Kimberly<br>Linda M. Blair<br>WINSTON & STRAWN LLP<br>1901 L Street NW<br>Washington, DC 20036<br>(202) 282-5096<br>mkimberly@winston.com<br>lblair@winston.com |

*Counsel for plaintiffs in E.D. Ark. case no. 4:25-cv-00561-BSM*

Peter Shults  
Amanda G. Orcutt  
SHULTS LAW FIRM LLP  
200 West Capitol Ave., Suite 1600  
Little Rock, AR 72201  
(501) 375-2301  
pshults@shultslaw.com  
aorcutt@shults.law.com  

Allyson N. Ho  
GIBSON, DUNN & CRUTCHER LLP  
2001 Ross Ave., Suite 2100  
Dallas, TX 75201  
(214) 698-3100  
aho@gibsondunn.com  

Geoffrey M. Sigler  
Matthew S. Rozen  
Clare F. Steinberg  
M. Christian Talley  
GIBSON, DUNN & CRUTCHER LLP  
1700 M Street NW  
Washington, DC 20036  
(202) 955-8500  
gsigler@gibsondunn.com  
mrozen@gibsondunn.com  
csteinberg@gibsondunn.com  
ctalley@gibsondunn.com  

*Counsel for plaintiffs in E.D. Ark. case no. 4:25-cv-00598-BSM*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 152 words, excluding the portions exempted by Rule 32(f).

/s/ Daniel S. Volchok
Daniel S. Volchok

## CERTIFICATE OF SERVICE

On November 4, 2025, I electronically filed the foregoing with the Court using the CM/ECF system. All participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Daniel S. Volchok
Daniel S. Volchok