UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Express Scripts, Inc., et al. vs. Rodney Richmond, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-2529 for the following party(s): (please specify)

> Arkansas State Board of Pharmacy; Rodney Richmond; Brian Jolly, Debbie Mack, Lenora Newsome, Clint Boone, Walter Lyn Fruchey, Harold H. Simpson, Beth Ann Davenport, and John Kirtley, all in their official capacities

[✓] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Autumn Hamit Patterson     s/: Autumn Hamit Patterson

Firm Name: Office of the Arkansas Attorney General

Business Address: 101 West Capitol Avenue

City/State/Zip: Little Rock, Arkansas 72201

Telephone Number (Area Code): (501) 682-2007

Email Address: autumn.patterson@arkansasag.gov

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 11/12/25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: