# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2529

Express Scripts, Inc., et al.

Appellees

v.

Rodney Richmond, in their official capacities as board members of the Arkansas State Board of Pharmacy, et al.

Appellants

------------------------------

Community Oncology Alliance, Inc., et al.

Amici on Behalf of Appellant(s)

_____

Appeals from U.S. District Court for the Eastern District of Arkansas - Central
(4:25-cv-00520-BSM)
(4:25-cv-00524-BSM)
(4:25-cv-00561-BSM)
(4:25-cv-00598-BSM)
_____

**ORDER**

Appellees motion for extension of time to file the brief is granted. Appellees may have until January 28, 2026 to file the brief.

December 11, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler