**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C.  20036
T: +1 202.955-8500
gibsondunn.com

Jeffrey B. Wall
Direct: +1 202.955.8533
Fax: +1 202.831.6056
jwall@gibsondunn.com

May 27, 2026

<u>VIA CM/ECF</u>

Susan E. Bindler
Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO  63102

Re:     No. 25-2529, *Express Scripts, Inc. v. Rodney Richmond*—Counsel's Availability for Oral Argument

Dear Ms. Bindler,

In response to the Court's May 8 notice that this case has been screened for oral argument, I write respectfully to inform the Court that undersigned counsel for the Optum Appellees (who will present argument on behalf of all appellees) will be unavailable for oral argument on September 25, 2026 because of a professional conference and November 16, 2026 because of previously scheduled international travel.  Counsel will promptly update the Court if any additional potential conflicts arise.  We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Jeffrey B. Wall*

Jeffrey B. Wall
Counsel for Optum Appellees

cc:    Counsel of record (via ECF)

**Gibson, Dunn & Crutcher LLP**
1700 M Street, N.W.  |  Washington, D.C. 20036-4504  |  T: 202.955.8500  |  F: 202.467.0539  |  gibsondunn.com